# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE DIAZ, | NO. CV 09-7608 FMC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRANCISCO JACQUEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _November 9, 2009.

*Florence-Marie Cooper*

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE